

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00203-CV

_____

IN RE CITY OF GRAPEVINE, Relator

Original Proceeding
Trial Court No. 348-303736-18

Before Pittman, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the response of the real parties in interest, and relator's motion for emergency temporary relief and is of the opinion that all relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for emergency temporary relief are denied.

Per Curiam

Delivered:  June 24, 2019